IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. COOK.

      Plaintiff,                    No. CIV S-11-3353 CKD P

    vs.

DORLEEN LEIGHTON, et al.,

      Defendants.            ORDER

_____/

       By an order filed January 3, 2012, plaintiff was ordered to file a completed in forma pauperis application within thirty days. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: February 15, 2012

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

1/de
cook3353.fifp

---

[1] On December 23, 2011, plaintiff consented to the jurisdiction of the undersigned (docket #3).